No. 1027. SUCCESSION OF TEXERA, PLAINTIFF AND APPEL-
LANT, *v.* AGUAYO, DEFENDANT AND RESPONDENT.—Appeal from
the District Court of Ponce. Motion of appellant for leave
to withdraw the appeal. Decided October 15, 1913. Motion
sustained. *Mr. Rafael Palacios Rodríguez* for appellant. *Mr.
José A. Poventud* for respondent.

---

No. 618. THE PEOPLE *v.* GONZÁLEZ.—
No. 632. THE PEOPLE *v.* ARRUFAT ET AL.—
No. 633. THE PEOPLE *v.* NAZARIO.—
No. 630. THE PEOPLE *v.* VERDEJO.—

Appeals from the District Courts of Mayagüez, San Juan,
Section 2, Ponce, and San Juan, Section 2, respectively. De-
cided October 16, 1913. Judgments appealed from affirmed.
*Mr. Charles E. Foote, fiscal,* for The People. The appellants
did not appear.

---

No. 622. THE PEOPLE, RESPONDENT, *v.* DÍAZ, APPELLANT.—
Appeal from the District Court of Humacao. Decided Octo-
ber 17, 1913. Judgment appealed from affirmed. *Mr. Charles
E. Foote, fiscal,* for The People. The appellant did not
appear.